## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Thomas V. Swift (1) )
)
)
)

CASE NUMBER  08 MJ 1161

ABSTRACT OF ORDER

Booking No.  15676198

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  4/28/08

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ 600,000 P/C bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

__X__ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Δ MUST BE RELEASED TO PRETRIAL SERVICES BY 1:00PM
CONTACT: TAMMY RIEDLING, PTS @ 619 520-9209
* P/H 4/29 9AM BLM

UNITED STATES MAGISTRATE JUDGE

OR

Received _____
DUSM

W. SAMUEL HAMRICK, JR.    Clerk
by _____
         Deputy Clerk

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY