KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228/ Fax: (619)235-2757

Attorneys for Plaintiff
United States of America

FILED

MAY - 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     MB     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Mag. Case No. 08-MJ-1161
                               )
            Plaintiff,         )   ORDER
                               )
      v.                       )   ~~MOTION~~ TO UNSEAL SPECIFIED
                               )   DOCUMENTS FOR DISCOVERY
THOMAS V. SWIFT (D1),          )   PURPOSES
KEVIN D. KENNEDY (D2),         )
ROBERT ROCCO (D3),             )
STEVEN ZUFALL (D4),            )
RUDY TIJERINA (D5),            )
JESSE SANDOVAL (D6),           )
KYLE KIMBREL (D7),             )
JORGE MORALES (D8),            )
JOSE RODRIGUEZ-PARRA (D9),     )
RANDY KENNEDY (D10),           )
GLENN SWIFT (D11),             )
GREGORY SWIFT (D12),           )
BRANDON GONZALEZ (D13),        )
                               )
            Defendants.        )
                               )

The Court orders that in the above-captioned case, the applications, affidavits and search warrants attached thereto, as well as the Government's motion and this order, be unsealed for the purpose of providing discovery to the defendants.

SO ORDERED.

DATED: 4/29/08

THE HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE